March 17, 2015

Ellaine Forester
Court Reporter
PMB No. 229
PO Box 3000
Georgetown, Texas 78627
(512) 863-3417
eforester@Outlook.com


Mr. John Brown
Chief Deputy Clerk
Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin, Texas 78711

Re: AP-77,052, Cause No. 12-1237-K26, STEVEN ALAN THOMAS V STATE

Dear Sir,

Per our phone conversation, I am requesting an extension of time for the Reporter's Record in the above styled cause. The record is due tomorrow, March 18th, 2015. I completed my last appeal and filed it Friday, and picked up the exhibits and info for this case. I am just now starting to work on it. It is approximately 4000 pages, not including pretrials and exhibits.

For the above stated reasons, I would request the new due date be June 16th, 2015.

Thank you for your time and attention.

Ellaine Forester
CSR No. 2516